Case 1:26-cv-06227-CM Document 25 Filed 10/30/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**STEVEN BANKS**
*Corporation Counsel*

**ELISSA B. JACOBS**
*Senior Counsel*
Tel: (212) 356-3540
Fax: (212) 356-3509
ejacobs@law.nyc.gov

October 30, 2026

**By ECF**
Judge Colleen McMahon
United States District Court
500 Pearl Street
New York, New York 10007

OK
Colleen McMahon
10/30/2026

Re: Jessica Paster v. *City of New York et. al.*,
26-cv-6277 (CM)

Your Honor:

I am an Senior Counsel in the Special Federal Litigation Division of the New York City Law Department. I write on behalf of defendant City of New York ("City") to respectfully request an enlargement of time from November 3, 2026, until January 4, 2027, to answer or otherwise respond to the complaint, and that the initial conference, currently scheduled for November 5 at 10:45 a.m. be adjourned until after the City has filed its answer. This is the City's first request for an enlargement of time. Plaintiff's counsel consents to these requests. Counsel for defendants The Carlyle LLC and Rosewood Hotels and Resorts LLC consent, and ask that their deadline to respond to the complaint be extended to the same date.

By way of background, Plaintiff alleges, *inter alia*, that she was unlawfully seized and subjected to excessive force by members of the NYPD outside of The Carlyle Hotel where she was working as a stylist (*See* ECF No. 1). Based on these allegations, Plaintiff asserts claims for unlawful seizure under 42 U.S.C. § 1983, as well as state law claims of negligence, negligent supervision, retention and training, and assault and battery. (*Id.*).

In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need additional time to investigate the allegations set forth in the complaint. While plaintiff does not allege that she was formally arrested, documents surrounding her interactions with the police may still be sealed pursuant to C.P.L. 160.50. Defendant City has requested a release for the records, which will allow us to access the records and meaningfully respond to the Complaint.

In light of the foregoing, the City respectfully requests that the Court extend its time to answer or otherwise respond to the complaint until January 4, 2027, and to grant a corresponding extension for co-defendants to the same date.

The City thanks the Court for its consideration of this request.

Respectfully submitted,

/s/ *Elissa B. Jacobs*
Elissa B. Jacobs
*Senior Counsel*

Cc: **Counsel by ECF**